IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDWARD J. GARCIA                                                                                    PLAINTIFF

v.                               Case No. 5:14-CV-05357

LUCAS GARDNER; and JOSEPH STANDROD                                      DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 25) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 17) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of October, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE